PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re:                                    Case No. 11-48583 EDJ

**MENANDRO REYES MITRA and**              Chapter 13
**ROFEL VILLACORTA MITRA,**

            Debtors.          **SUPPLEMENTAL CERTIFICATE OF SERVICE**

_____/    _____

    My place of business is in the County of Alameda; I am over the age of 18 years and not a party to the within action; my business address is One Kaiser Plaza, Suite 480, Oakland, CA 94612.

On October 19, 2011 I served the within;

**Motion to Value Security of Travis Credit Union as successor to First Metropolitan Credit Union under FRBP 3012; Notice and Opportunity to Request a Hearing; Memorandum of Points and Authorities in Support of Debtors' Motion to Value Lien; Declaration of Debtor in Support of Debtors' Motion to Value Lien**

on the below-named in this action by placing a true copy thereof in a sealed envelope with certified mail postage thereon fully paid in the United States Mail at Oakland, CA addressed as follows:

Attn: Officer or Managing Agent
Travis Credit Union
PO Box 2069
Vacaville, CA 95696
/
/

Attn: Patsy Van Ouwerkerk
Travis Credit Union
1 Travis Way
Vacaville, CA 95687

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: October 19, 2011                       /s/  April Tang_____
                                                          APRIL TANG